**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6327

CHRISTOPHER JONES,

Plaintiff – Appellant,

v.

BOYD BENNETT, Director of Prisons; KEITH WHITENER,
Superintendent, Alexander Correctional Institution; FNU MADOXX,
Captain; ANGELA SMIGIEL, RN, Medical Specialist, NCPLS; SARAH
BLAIR, Attorney, NCPLS; FNU BAKER, PA, Alexander Correctional
Institution,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:09-cv-00025-GCM)

Submitted:  June 16, 2011                Decided:  June 21, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Christopher Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Jones seeks to appeal the district court's judgment dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim on which relief may be granted. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on March 25, 2009. The notice of appeal was filed on January 13, 2011. Because Jones failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2